1  ALAN MICHAEL KORN (SBN 167933)
   LAW OFFICE OF ALAN KORN
2  1840 Woolsey Street
3  Berkeley, CA 94703
   Telephone: (510) 548-7300
4  Facsimile: (510) 540-4821

5  *Attorneys for Plaintiff Penelope Houston*

6

7  RICHARD J. IDELL (SBN 069033)
   ORY SANDEL (SBN 233204)
8  IDELL & SEITEL LLP
9  465 California Street, Suite 300
   San Francisco, CA 94104
10 Telephone: (415) 986-2400
   Facsimile: (415) 392-9259
11

12 *Attorneys for Defendant David Ferguson*

13             **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15 PENELOPE HOUSTON,                    Case No.: C 10-01881 JSW

16            Plaintiff,               **STIPULATION RE: CONTINUANCE OF
                                       CASE MANAGEMENT CONFERENCE;**
17     vs.
                                       **[PROPOSED] ORDER**
18 DAVID FERGUSON,

             Defendant.               **From:**
19                                     **Date**:        August 6, 2010
20                                     **Time**:        1:30 p.m.
                                       **Courtroom**: 11
21

22                                     **To:**
                                       **Date**:        September 17, 2010
23                                     **Time**:        1:30 p.m.
                                       **Courtroom**: 11
24

25                                     **Honorable Judge Jeffrey S. White, Presiding**

26                                     (E-Filing)

27

28

---

                                      1
   **STIPULATION RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6 of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff Penelope Houston ("Plaintiff"),on the one hand, and Defendant David Ferguson ("Defendant"), on the other hand, hereby stipulate as follows:

WHEREAS, Defendant has executed a waiver of service of the Summons and Complaint and Defendant's response is due on August 16, 2010; and

WHEREAS, on July 1, 2010, the Court ordered a Case Management Conference set for August 6, 2010 at 1:30 p.m.; and

WHEREAS, Richard J. Idell, Esq. is lead trial counsel for Defendant; and

WHEREAS, Mr. Idell is unavailable on August 6, 2010; and

WHEREAS, the parties are seeking to resolve this matter by way of an early mediation; and

WHEREAS, the parties agree that they shall jointly request that the Case Management Conference currently scheduled for August 6, 2010 at 1:30 p.m. be rescheduled for Friday, September 17, 2010 at 1:30 p.m., with all related dates adjusted accordingly; and

WHEREAS, the requested time modifications would have no substantial effect on the schedule for this case; and

WHEREAS, pursuant to Civil Local Rule 6-1(b), a Court order is required to give effect to this stipulation; and

WHEREAS, the parties agree that Plaintiff shall give notice of any order hereon.

NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1.0     The parties jointly request that the Case Management Conference currently scheduled for Friday, August 6, 2010 at 1:30 p.m. be rescheduled for Friday, September 17, 2010 at 1:30 p.m., with all related dates adjusted accordingly.

SO STIPULATED.

LAW OFFICE OF ALAN KORN

Dated: July 9, 2010                    By:     /s/ Alan Michael Korn
                                               Alan Michael Korn
                                               *Attorneys for Plaintiff Penelope Houston*

                                        IDELL & SEITEL LLP

Dated: July 9, 2010              By:    /s/ Richard J. Idell
                                        Richard J. Idell
                                        *Attorneys for Defendant David Ferguson*


                                **[PROPOSED] ORDER**

        Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that the Case Management
Conference currently scheduled for Friday, August 6, 2010 at 1:30 p.m. is hereby rescheduled for
Friday, September 17, 2010 at 1:30 p.m., with all related dates adjusted accordingly.


Dated: July 13                , 2010    By:    _____
                                               Hon. Jeffrey S. White
                                               Judge of the United States District Court
                                               Northern District of California

**STIPULATION RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**