IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENELOPE HOUSTON, et al.,

    Plaintiff,

v.

DAVID FERGUSON, et al.,

    Defendants.

No. C 10-01881 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On August 23, 2010, Defendant David Ferguson filed a Motion to Dismiss, which is noticed for hearing on October 15, 2010. It is HEREBY ORDERED that Plaintiffs' opposition shall be due on September 10, 2010, and Defendant's Reply shall be due on September 17, 2010. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If any party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: August 24, 2010

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE