IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENELOPE HOUSTON, et al.,

    Plaintiff,

v.

DAVID FERGUSON, et al.,

    Defendants.

No. C 10-01881 JSW

**ORDER VACATING HEARING**

This matter is set for hearing on October 15, 2010, on Defendant's Motion to Dismiss. Having considered the parties' papers, relevant legal authority, and the record in this case, the Court finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). A ruling shall issue in due course.

**IT IS SO ORDERED.**

Dated: October 13, 2010

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE