**UNITED STATES DISTRICT COURT**
For the Northern District of California

1

2

3

4

5

6

7                    UNITED STATES  DISTRICT COURT

8                    Northern District of California

9                      San Francisco Division

10

11  PENELOPE HOUSTON, et al.,
           Plaintiffs,                          No. C 10-1881 JSW

12      v.                                   **ORDER GRANTING REQUEST FOR**
                                             **PLAINTIFF DANIEL O'BRIEN TO**
13  DAVID FERGUSON, et al.,                  **ATTEND THE MEDIATION**
           Defendants.                       **TELEPHONICALLY**
14  _____/

15                                           Date:       November 17, 2010
                                             Mediator:   Jay Folberg
16

17

18          IT IS HEREBY ORDERED that the request for plaintiff Daniel O'Brien to be excused from

19  personally attending the November 17, 2010 mediation session before Jay Folberg is GRANTED.

20  Mr. O'Brien shall be available at all times participate by telephone in the mediation in accordance

21  with ADR L.R. 6-10(f).

22

23          IT IS SO ORDERED.

24

25  October 28, 2010                   By:    _____

26  Dated                                           Elizabeth D. Laporte
                                              United States Magistrate Judge
27

28