ALAN MICHAEL KORN (SBN 167933)
Email: aakorn@igc.org
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, CA 94703
Telephone: (510) 548-7300
Facsimile: (510) 540-4821
*Attorney for Plaintiffs*

Lynn M. Engel (proceeding *pro hac vice*)
Email: lynne@summitlaw.com
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Telephone (206) 676-7000
Facsimile: (206) 676-7001

Marc N. Bernstein (CA SBN 145837)
Email: mbernstein@blgrp.com
THE BERNSTEIN LAW GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, California 94111
Telephone: 415-765-6633
Facsimile: 415-283-4804

*Attorneys for Defendant Rhapsody International Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PENELOPE HOUSTON, an individual, GREG INGRAHAM, an individual, JAMES WILSEY, an individual, and DANIEL O'BRIEN, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID FERGUSON, an individual dba CD PRESENTS, BURIED TREASURE MUSIC and ANARCHY ANTHEMS; THE IRENE J. FERGUSON TRUST, an entity of unknown origin doing business as BURIED TREASURE MUSIC, BURIED TREASURE, INC., a Corporation of unknown jurisdiction and RHAPSODY INTERNATIONAL, INC., a Delaware Corporation,<br><br>    Defendants. | CASE NO. 3:10-CV-01881 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

1   Pursuant to 6-1(a) of the Civil Local Rules of the United States District Court,
2  Northern District of California, Plaintiffs Penelope Houston, Greg Ingraham, James Wilsey
3  and Daniel O'Brien ("Plaintiffs"), on the one hand, and Defendant Rhapsody International
4  Inc. ("Defendant"), on the other hand, hereby stipulate as follows:

    WHEREAS, Defendant was served with Summons and Defendant's answer or
motion under Rule 12 must be filed and served on or before January 6, 2011; and

    WHEREAS, Plaintiffs and Defendant agree that the time for Defendant to file a
responsive pleading shall be extended to and including January 14, 2011; and

    WHEREAS, Rule 6-1(a) of the Local Rules of the United States District Court,
Northern District of California, permits the parties to extend the time within which to
answer or otherwise respond to the complaint by stipulation in writing and without a Court
order provided the change will not alter the date of any event or any deadline already fixed
by Court order; and

    WHEREAS, Plaintiffs and Defendant agree that the extension of time for Defendant
to file a responsive pleading will not alter the date of any event or any deadline already
fixed by Court order;

    NOW THEREFORE, Plaintiffs and Defendant, by and through their respective
undersigned counsel, hereby stipulate as follows:

    1.0   The time for Defendant to file a responsive pleading shall be extended to and
          including January 14, 2011.

    SO STIPULATED.

                                            LAW OFFICE OF ALAN KORN

Dated: December 29, 2010        By:   /s/ Alan Michael Korn
                                      Alan Michael Korn
                                      *Attorneys for Plaintiffs*


                                            THE BERNSTEIN LAW GROUP, PC

Dated: December 29, 2010        By:   /s/ Marc N. Bernstein
                                      Marc N. Bernstein
                                      *Attorneys for Defendant Rhapsody International, Inc.*


## Attestation of Concurrence

I, Alan Michael Korn, as the ECF user and filer of this document, attest that, pursuant to General Order 45(X)(B), concurrence in the filing of this document has been obtained from Marc N. Bernstein, the above signatory.

December 29, 2010                    /s/ Alan Michael Korn
                                     Alan Michael Korn

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant Rhapsody International Inc.'s responsive pleading in the above matter shall be filed by no later than January 14, 2011.

Dated: January 3, 2011, ~~2010~~     By: /s/ Jeffrey S. White
                                     Hon. Jeffrey S. White
                                     Judge of the United States District Court
                                     Northern District of California