1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   PENELOPE HOUSTON, et al.,

10              Plaintiff,                        No.  C 10-01881 JSW

11      v.                                        **ORDER VACATING HEARING**

12   DAVID FERGUSON, et al.,

13              Defendants.
                                            /
14

15       This matter is set for hearing on January 14, 2011, on Defendant's Motion to Dismiss.

16   Having considered the parties' papers, relevant legal authority, and the record in this case, the

17   Court finds the matter suitable for disposition without oral argument.  *See* N.D. Civ. L.R. 7-

18   1(b).  A ruling shall issue in due course.

19       **IT IS SO ORDERED.**

20

21   Dated:   January 11, 2011                    _____

22                                                JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

**United States District Court**
For the Northern District of California