ALAN MICHAEL KORN (SBN 167933)
Email: aakorn@igc.org
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, CA 94703
Telephone: (510) 548-7300
Facsimile: (510) 540-4821
*Attorney for Plaintiffs*

Lynn M. Engel (proceeding *pro hac vice*)
Email: lynne@summitlaw.com
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Telephone (206) 676-7000
Facsimile: (206) 676-7001

Marc N. Bernstein (CA SBN 145837)
Email: mbernstein@blgrp.com
THE BERNSTEIN LAW GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, California 94111
Telephone: 415-765-6633
Facsimile: 415-283-4804

*Attorneys for Defendant Rhapsody International Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PENELOPE HOUSTON, an individual, GREG INGRAHAM, an individual, JAMES WILSEY, an individual, and DANIEL O'BRIEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID FERGUSON, an individual dba CD PRESENTS, BURIED TREASURE MUSIC and ANARCHY ANTHEMS; THE IRENE J. FERGUSON TRUST, an entity of unknown origin doing business as BURIED TREASURE MUSIC, BURIED TREASURE, INC., a Corporation of unknown jurisdiction and RHAPSODY INTERNATIONAL, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO. 3:10-CV-01881 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

Pursuant to 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiffs Penelope Houston, Greg Ingraham, James Wilsey and Daniel O'Brien ("Plaintiffs"), on the one hand, and Defendant Rhapsody International Inc. ("Defendant"), on the other hand, hereby stipulate as follows:

WHEREAS, Plaintiffs and Defendant previously stipulated, and this Court previously Ordered, that the time for Defendant to file a responsive pleading shall be extended to and including January 14, 2011; and

WHEREAS, Plaintiffs and Defendant are engaged in settlement discussions in an attempt to resolve their dispute prior to Defendants' filing of a responsive pleading; and

WHEREAS, Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, permits the parties to extend the time within which to answer or otherwise respond to the complaint by stipulation in writing and without a Court order provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiffs and Defendant agree that the extension of time for Defendant to file a responsive pleading will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1.0     The time for Defendant to file a responsive pleading shall be extended to and including February 14, 2011.

SO STIPULATED.

LAW OFFICE OF ALAN KORN

Dated: January 11, 2011     By:     /s/ Alan Michael Korn
                                    Alan Michael Korn
                                    *Attorneys for Plaintiffs*

THE BERNSTEIN LAW GROUP, PC

Dated: January 11, 2010     By:     /s/Marc N. Bernstein
                                    Marc N. Bernstein
                                    *Attorneys for Defendant Rhapsody International, Inc.*

2
STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION OF TIME TO FILE RESPONSE
Case No.: 3:10-CV-01881-JSW

**Attestation of Concurrence**

I, Alan Michael Korn, as the ECF user and filer of this document, attest that, pursuant to General Order 45(X)(B), concurrence in the filing of this document has been obtained from Marc N. Bernstein, the above signatory.

January 11, 2011  /s/ Alan Michael Korn
Alan Michael Korn

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant Rhapsody International Inc.'s responsive pleading in the above matter shall be filed by no later than February 14, 2011.

Dated: January 12, 2011    By: _____
Hon. Jeffrey S. White
Judge of the United States District Court
Northern District of California