IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENELOPE HOUSTON, et al.,

    Plaintiff,

v.

DAVID FERGUSON, et al.,

    Defendants.

No. C 10-01881 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

This matter is set for a case management conference on February 11, 2011. At the end of their Joint Case Management Statement, the parties jointly request a continuance to pursue settlement discussions. That request is GRANTED. In the future, however, the parties should submit such requests by way of a motion or stipulation, supported by good cause.

If this matter is not resolved, the parties shall appear for a Case Management Conference on Friday, April 8, 2011 at 1:30 p.m. A supplemental Joint Case Management Statement shall be due on April 1, 2011.

**IT IS SO ORDERED.**

Dated: February 9, 2011

                JEFFREY S. WHITE
                UNITED STATES DISTRICT JUDGE