1  ALAN KORN, SBN 167933
   LAW OFFICE OF ALAN KORN
2  1840 Woolsey Street
3  Berkeley, California 94703
   Ph.  (510) 548-7300
4  Fax: (510) 540-4821

5  *Attorney for Plaintiffs Penelope Houston, James Wilsey,*
   *Daniel O'Brien and Greg Ingraham*
6

7  RICHARD J. IDELL, ESQ. (SBN 069033)
   ORY SANDEL, ESQ. (SBN 233204)
8  IDELL & SEITEL LLP
   465 California Street, Suite 300
9  San Francisco, CA 94104
   Telephone: (415) 986-2400
10 Facsimile: (415) 392-9259

11
   ANTHONY R. BERMAN, ESQ. (SBN 160634)
12 BERMAN ENTERTAINMENT AND TECHNOLOGY LAW
   235 Montgomery St., Ste 760
13 San Francisco, CA 94104
   Telephone: (415) 816-9623
14 Facsimile: (415) 421-2355

15
   *Attorneys for Defendant David Ferguson*
16

17            **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19 | PENELOPE HOUSTON, an individual, GREG | ) Case No.  C10-01881 JSW
20 | INGRAHAM, an individual, JAMES | )
   | WILSEY, an individual, and DANIEL | ) **STIPULATION AND [~~PROPOSED~~]**
21 | O'BRIEN, an individual, | ) **ORDER RE: THIRD EXTENSION OF**
   |  | ) **TIME TO FILE RESPONSE TO**
22 |               Plaintiffs, | ) **SECOND AMENDED COMPLAINT**
   |  | )
23 |        v. | ) **Hon. Jeffrey S. White, Presiding**
   |  | )
24 |  | ) (E-Filing)
25 | DAVID FERGUSON, an individual dba CD | )
   | PRESENTS, BURIED TREASURE MUSIC | )
26 | and ANARCHY ANTHEMS; BURIED | )
   | TREASURE MUSIC, BURIED TREASURE | )
27 | INC., a Corporation of unknown jurisdiction; | )
   | INDEPENDENT ONLINE DISTRIBUTION | )
28 | ALLIANCE, INC., a California Corporation; | )

1

1  TUNECORE, INC., a Delaware Corporation; )
2  and RHAPSODY INTERNATIONAL, INC., a )
   Delaware Corporation, )
3                                          )
   _____ Defendants. )
4

5          Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil

6  Local Rules of the United States District Court, Northern District of California, Plaintiffs

7  PENELOPE HOUSTON, an individual, GREG INGRAHAM, an individual, JAMES WILSEY, an

8  individual, and DANIEL O'BRIEN, an individual (collectively, "Plaintiffs"), on the one hand, and

9  Defendant DAVID FERGUSON, an individual ("Defendant"), on the other hand, hereby agree and

10 stipulate as follows:

11         WHEREAS, Plaintiffs filed a Second Amended Complaint on January 21, 2011; and

12         WHEREAS, Plaintiff and Defendant Ferguson previously stipulated, and this Court

13 ordered on February 15, 2011, that Defendant Ferguson's response to the Second Amended

14 Complaint is due by March 14, 2011; and

15         WHEREAS, the parties are actively engaged in settlement discussions in an attempt to

16 resolve their dispute; and

17         WHEREAS, Rule 6-1(a) of the Civil Local Rules of the United States District Court,

18 Northern District of California, permits the parties to extend the time within which to answer or

19 otherwise respond to a complaint by stipulation in writing and without a Court order, provided the

20 change will not alter the date of any event or any deadline already fixed by Court order; and

21         WHEREAS, Plaintiffs and Defendant agree that the extension of time for Defendant to file

22 a responsive pleading to the Second Amended Complaint will not alter the date of any event or any

23 deadline already fixed by Court order; and

24         WHEREAS, Plaintiffs and Defendant agree that the date by which Defendant shall file a

25 responsive pleading should be extended to March 28, 2011, to allow the parties time to discuss

26 settlement;

27         NOW THEREFORE, Plaintiffs and Defendant, by and through their respective

28 undersigned counsel, hereby stipulate as follows:

STIPULATION AND [PROPOSED] ORDER RE: THIRD EXTENSION OF TIME TO FILE RESPONSE TO
SECOND AMENDED COMPLAINT
CASE NO.: C10-01881 JSW

1.  The time for Defendant David Ferguson to file a responsive pleading to the Second
Amended Complaint shall be extended to and including March 28, 2011;

SO STIPULATED.


Dated: March 9, 2011                     LAW OFFICE OF ALAN KORN

                               By:        /Alan Korn/
                                         Alan Korn
                                         *Attorneys for Plaintiffs*
                                         *PENELOPE HOUSTON, GREG INGRAHAM,*
                                         *JAMES WILSEY and DANIEL O'BRIEN*


                                         IDELL & SEITEL LLP

Dated: March 9, 2011           By:        /Richard J. Idell/
                                         Richard J. Idell
                                         Ory Sandel
                                         *Attorneys for Defendant DAVID FERGUSON*

## ATTESTATION OF CONCURRENCE

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to
General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from
Alan Korn, the above signatory.

Dated: March 9, 2011           By:        /Richard J. Idell/
                                         Richard J. Idell

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1.  Defendant David Ferguson shall file a responsive pleading to the Second Amended
Complaint no later than March 28, 2011.

**IT IS SO ORDERED.**

Dated:  March 10, 2011

                                         Hon. Jeffrey S. White
                                         Judge of the United States District Court
                                         Northern District of California

STIPULATION AND [PROPOSED] ORDER RE: THIRD EXTENSION OF TIME TO FILE RESPONSE TO
SECOND AMENDED COMPLAINT
CASE NO.: C10-01881 JSW