ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Ph. (510) 548-7300
Fax: (510) 540-4821

*Attorney for Plaintiffs Penelope Houston, James Wilsey,
Daniel O'Brien and Greg Ingraham*

RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

ANTHONY R. BERMAN, ESQ. (SBN 160634)
BERMAN ENTERTAINMENT AND TECHNOLOGY LAW
235 Montgomery St., Ste 760
San Francisco, CA 94104
Telephone: (415) 816-9623
Facsimile: (415) 421-2355

*Attorneys for Defendant David Ferguson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENELOPE HOUSTON, an individual, GREG INGRAHAM, an individual, JAMES WILSEY, an individual, and DANIEL O'BRIEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID FERGUSON, an individual dba CD PRESENTS, BURIED TREASURE MUSIC and ANARCHY ANTHEMS; BURIED TREASURE MUSIC, BURIED TREASURE INC., a Corporation of unknown jurisdiction; INDEPENDENT ONLINE DISTRIBUTION ALLIANCE, INC., a California Corporation; | Case No. C10-01881 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FOURTH EXTENSION OF TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>**Hon. Jeffrey S. White, Presiding**<br><br>(E-Filing) |

| | |
|---|---|
| TUNECORE, INC., a Delaware Corporation; and RHAPSODY INTERNATIONAL, INC., a Delaware Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>) |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiffs PENELOPE HOUSTON, an individual, GREG INGRAHAM, an individual, JAMES WILSEY, an individual, and DANIEL O'BRIEN, an individual (collectively, "Plaintiffs"), on the one hand, and Defendant DAVID FERGUSON, an individual ("Defendant"), on the other hand, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed a Second Amended Complaint on January 21, 2011; and

WHEREAS, Plaintiff and Defendant Ferguson previously stipulated, and this Court ordered on March 10, 2011, that Defendant Ferguson's response to the Second Amended Complaint is due by March 28, 2011; and

WHEREAS, this is the fourth request for extension of the date by which Defendant shall file a responsive pleading; and

WHEREAS, the parties are actively engaged in settlement discussions in an attempt to resolve their dispute; and

WHEREAS, Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, permits the parties to extend the time within which to answer or otherwise respond to a complaint by stipulation in writing and without a Court order, provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiffs and Defendant agree that the extension of time for Defendant to file a responsive pleading to the Second Amended Complaint will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiffs and Defendant agree that the date by which Defendant shall file a responsive pleading should be extended to April 11, 2011, to allow the parties time to discuss settlement;

NOW THEREFORE, Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The time for Defendant David Ferguson to file a responsive pleading to the Second Amended Complaint shall be extended to and including April 11, 2011;

SO STIPULATED.

Dated: March 25, 2011      LAW OFFICE OF ALAN KORN

By:  /Alan Korn/
Alan Korn
*Attorneys for Plaintiffs*
*PENELOPE HOUSTON, GREG INGRAHAM, JAMES WILSEY and DANIEL O'BRIEN*

IDELL & SEITEL LLP

Dated: March 25, 2011      By:  /Richard J. Idell/
Richard J. Idell
*Attorneys for Defendant DAVID FERGUSON*

### ATTESTATION OF CONCURRENCE

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Alan Korn, the above signatory.

Dated: March 25, 2011      By:  /Richard J. Idell/
Richard J. Idell

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. Defendant David Ferguson shall file a responsive pleading to the Second Amended Complaint no later than April 11, 2011.

**IT IS SO ORDERED.**

Dated: March 25, 2011

Hon. Jeffrey S. White
Judge of the United States District Court
Northern District of California

STIPULATION AND [PROPOSED] ORDER RE: FOURTH EXTENSION OF TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT
CASE NO.: C10-01881 JSW