ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Ph. (510) 548-7300
Fax: (510) 540-4821

*Attorney for Plaintiffs Penelope Houston, James Wilsey,
Daniel O'Brien and Greg Ingraham*

RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

ANTHONY R. BERMAN, ESQ. (SBN 160634)
BERMAN ENTERTAINMENT AND TECHNOLOGY LAW
235 Montgomery St., Ste 760
San Francisco, CA 94104
Telephone: (415) 816-9623
Facsimile: (415) 421-2355

*Attorneys for Defendant David Ferguson*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENELOPE HOUSTON, an individual, GREG INGRAHAM, an individual, JAMES WILSEY, an individual, and DANIEL O'BRIEN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID FERGUSON, an individual dba CD PRESENTS, BURIED TREASURE MUSIC and ANARCHY ANTHEMS; BURIED TREASURE MUSIC, BURIED TREASURE INC., a Corporation of unknown jurisdiction; INDEPENDENT ONLINE DISTRIBUTION ALLIANCE, INC., a California Corporation; | Case No. C10-01881 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER RE: SIXTH EXTENSION OF TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT** <br><br> **Hon. Jeffrey S. White, Presiding** <br><br> (E-Filing) |

| | |
|---|---|
| 1<br>2<br>3 | TUNECORE, INC., a Delaware Corporation; )<br>and RHAPSODY INTERNATIONAL, INC., a )<br>Delaware Corporation, )<br>)<br>Defendants. ) |

4

5   Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil

6 Local Rules of the United States District Court, Northern District of California, Plaintiffs

7 PENELOPE HOUSTON, an individual, GREG INGRAHAM, an individual, JAMES WILSEY, an

8 individual, and DANIEL O'BRIEN, an individual (collectively, "Plaintiffs"), on the one hand, and

9 Defendant DAVID FERGUSON, an individual ("Defendant"), on the other hand, hereby agree and

10 stipulate as follows:

11   WHEREAS, Plaintiffs filed a Second Amended Complaint on January 21, 2011; and

12   WHEREAS, Plaintiff and Defendant Ferguson previously stipulated, and this Court

13 ordered on April 14, 2011, that Defendant Ferguson's response to the Second Amended Complaint

14 is due by May 2, 2011; and

15   WHEREAS, this is the sixth request for extension of the date by which Defendant shall file

16 a responsive pleading; and

17   WHEREAS, the parties are actively engaged in settlement discussions in an attempt to

18 resolve their dispute; and

19   WHEREAS, Rule 6-1(a) of the Civil Local Rules of the United States District Court,

20 Northern District of California, permits the parties to extend the time within which to answer or

21 otherwise respond to a complaint by stipulation in writing and without a Court order, provided the

22 change will not alter the date of any event or any deadline already fixed by Court order; and

23   WHEREAS, Plaintiffs and Defendant agree that the extension of time for Defendant to file

24 a responsive pleading to the Second Amended Complaint will not alter the date of any event or any

25 deadline already fixed by Court order; and

26   WHEREAS, Plaintiffs and Defendant agree that the date by which Defendant shall file a

27 responsive pleading should be extended to May 23, 2011, to allow the parties time to discuss

28 settlement and complete the settlement agreement;

NOW THEREFORE, Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The time for Defendant David Ferguson to file a responsive pleading to the Second Amended Complaint shall be extended to and including May 23, 2011;

SO STIPULATED.

Dated: April 29, 2011                LAW OFFICE OF ALAN KORN

                                     By:     /Alan Korn/
                                           Alan Korn
                                           *Attorneys for Plaintiffs*
                                           *PENELOPE HOUSTON, GREG INGRAHAM,*
                                           *JAMES WILSEY and DANIEL O'BRIEN*

                                     IDELL & SEITEL LLP

Dated: April 29, 2011                By:     /Richard J. Idell/
                                           Richard J. Idell
                                           *Attorneys for Defendant DAVID FERGUSON*

### ATTESTATION OF CONCURRENCE

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Alan Korn, the above signatory.

Dated: April 29, 2011                By:     /Richard J. Idell/
                                           Richard J. Idell

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. Defendant David Ferguson shall file a responsive pleading to the Second Amended Complaint no later than May 23, 2011.

**IT IS SO ORDERED.**

Dated: April 29, 2011                        _/s/ Jeffrey S. White_
                                           Hon. Jeffrey S. White
                                           Judge of the United States District Court
                                           Northern District of California