| | |
|---|---|
| 1 | ALAN KORN, SBN 167933 |
| | LAW OFFICE OF ALAN KORN |
| 2 | 1840 Woolsey Street |
| | Berkeley, California 94703 |
| 3 | Ph. (510) 548-7300 |
| 4 | Fax: (510) 540-4821 |

*Attorney for Plaintiffs Penelope Houston, James Wilsey,
Daniel O'Brien and Greg Ingraham*

RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

ANTHONY R. BERMAN, ESQ. (SBN 160634)
BERMAN ENTERTAINMENT AND TECHNOLOGY LAW
235 Montgomery St., Ste 760
San Francisco, CA 94104
Telephone: (415) 816-9623
Facsimile: (415) 421-2355

*Attorneys for Defendant David Ferguson*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENELOPE HOUSTON, an individual, GREG INGRAHAM, an individual, JAMES WILSEY, an individual, and DANIEL O'BRIEN, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID FERGUSON, an individual dba CD PRESENTS, BURIED TREASURE MUSIC and ANARCHY ANTHEMS; BURIED TREASURE MUSIC, BURIED TREASURE INC., a Corporation of unknown jurisdiction; INDEPENDENT ONLINE DISTRIBUTION ALLIANCE, INC., a California Corporation; | Case No. C10-01881 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SEVENTH EXTENSION OF TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>**Hon. Jeffrey S. White, Presiding**<br><br>(E-Filing) |

1

STIPULATION AND [PROPOSED] ORDER RE: SEVENTH EXTENSION OF TIME TO FILE RESPONSE TO
SECOND AMENDED COMPLAINT
CASE NO.: C10-01881 JSW

| | |
|---|---|
| 1<br>2<br>3 | TUNECORE, INC., a Delaware Corporation; )<br>and RHAPSODY INTERNATIONAL, INC., a )<br>Delaware Corporation, )<br>                                                             )<br>              Defendants.                   ) |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiffs PENELOPE HOUSTON, an individual, GREG INGRAHAM, an individual, JAMES WILSEY, an individual, and DANIEL O'BRIEN, an individual (collectively, "Plaintiffs"), on the one hand, and Defendant DAVID FERGUSON, an individual ("Defendant"), on the other hand, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed a Second Amended Complaint on January 21, 2011; and

WHEREAS, Plaintiff and Defendant Ferguson previously stipulated, and this Court ordered on April 29, 2011, that Defendant Ferguson's response to the Second Amended Complaint is due by May 23, 2011; and

WHEREAS, this is the seventh request for extension of the date by which Defendant shall file a responsive pleading; and

WHEREAS, the parties are actively engaged in settlement discussions and negotiation of a settlement agreement in an attempt to resolve their dispute; and

WHEREAS, Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, permits the parties to extend the time within which to answer or otherwise respond to a complaint by stipulation in writing and without a Court order, provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiffs and Defendant agree that the extension of time for Defendant to file a responsive pleading to the Second Amended Complaint will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiffs and Defendant agree that the date by which Defendant shall file a responsive pleading should be extended to June 13, 2011, to allow the parties time to discuss settlement and complete the settlement agreement;

NOW THEREFORE, Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The time for Defendant David Ferguson to file a responsive pleading to the Second Amended Complaint shall be extended to and including June 13, 2011;

SO STIPULATED.

Dated: May 23, 2011     LAW OFFICE OF ALAN KORN

By:     /Alan Korn/
Alan Korn
*Attorneys for Plaintiffs*
*PENELOPE HOUSTON, GREG INGRAHAM, JAMES WILSEY and DANIEL O'BRIEN*

IDELL & SEITEL LLP

Dated: May 23, 2011     By:     /Richard J. Idell/
Richard J. Idell
*Attorneys for Defendant DAVID FERGUSON*

### ATTESTATION OF CONCURRENCE

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Alan Korn, the above signatory.

Dated: May 23, 2011     By:     /Richard J. Idell/
Richard J. Idell

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. Defendant David Ferguson shall file a responsive pleading to the Second Amended Complaint no later than June 13, 2011.

**IT IS SO ORDERED.**

Dated: May 23, 2011     _____
Hon. Jeffrey S. White
Judge of the United States District Court
Northern District of California